**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7964**

_____

LEAMON L. TATUM,

                    Plaintiff - Appellant,

          v.

CORRECTIONAL MEDICAL SERVICES,

                    Defendant - Appellee,

          and

WARDEN,

                    Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:09-cv-00875-WDQ)

_____

Submitted:  August 31, 2010          Decided:  September 13, 2010

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leamon L. Tatum, Appellant Pro Se.  Philip Melton Andrews, Ryan
Alexander Mitchell, KRAMON & GRAHAM, PA, Baltimore, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leamon L. Tatum appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tatum v. Corr. Med. Services, No. 1:09-cv-00875-WDQ (D. Md. Oct. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED